MIRIAM H. SMITH, Respondent, *v.* MALCOLM K. SMITH, Appellant.

(Argued January 10, 1934; decided February 27, 1934.)

*John Kirkland Clark, Julius Hallheimer* and *Edward T. Welch* for appellant.

*J. Harlin O'Connell* for respondent.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.